IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **REABERT C. GILCHRIST,** | Case No. C 13-00486 YGR (PR) |
| Petitioner, | **ORDER** |
| v. | |
| **KEVIN CHAPPELL, Warden,** | |
| Respondent. | |

IT IS HEREBY ORDERED that the time within which respondent is to respond to the Order Denying Motion to Dismiss Petition as Untimely filed by this Court on February 12, 2014, will be extended to May 12, 2014.  Petitioner's response, if any, shall be filed no later than 28 days of his receipt of the renewed motion or 60 days of his receipt of an answer.

Dated: April 14, 2014

_____
The Honorable Yvonne Gonzalez Rogers
United States District Court Judge

1

P:\PRO-SE\YGR\HC.13\Gilchrist0486.grantEOT.doc